# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

JOHN ENRIGHT                                                                                      PLAINTIFF

V.                                                                                   NO. 3:15-CV-00027-JMV

COMMISSIONER OF SOCIAL SECURITY                                                   DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint pursuant to 42 U.S.C. § 405(g) for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Supplemental Security Income benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the Court on the record at the conclusion of the parties' oral argument during a hearing held in this matter on September 15, 2015, the Court finds the new evidence submitted by the claimant does not relate to the relevant period; there was no reversible error; and the Commissioner's decision is supported by substantial evidence in the record. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 22nd day of September, 2015.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE